# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DARSHAN VYAS, M.D.,

                Plaintiff,    :    Case No. 3:17-cv-054

                                    District Judge Thomas M. Rose
  - vs -                          Magistrate Judge Michael R. Merz

PROVIDENT LIFE & ACCIDENT
 INSURANCE COMPANY, et al.,

                Defendants.    :

## RECUSAL ORDER

This case was randomly assigned to the undersigned when it was removed from the Miami County Common Pleas Court in February 2017 and referred in the Preliminary Pretrial Order filed today (ECF No. 9, PageID 138). Because critical dates in the case, including the trial date, are set after expiration of my term of office on March 1, 2018, I hereby recuse myself from further judicial participation in the case.

May 1, 2017.

                                                          s/ *Michael R. Merz*
                                                         United States Magistrate Judge