UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DARSHAN VYAS, M.D., | : | Case No. 3:17-cv-54 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| PROVIDENT LIFE & ACCIDENT | : | |
| INSURANCE COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | | |

# AMENDED SCHEDULING ORDER

This matter is before the Court upon the parties' Joint Motion to Extend the Deadline for Experts, Discovery, and Summary Judgment. The Court hereby **GRANTS** the parties Joint Motion (Doc. #16) and **ORDERS** this matter to proceed as follows:

1. Dates by which parties must file a list of expert witnesses and provide their reports to opposing parties:
   Primary experts: **October 9, 2017**
   Rebuttal experts: **November 13, 2017**

2. Cut-off deadline for discovery: **December 11, 2017**

3. Cut-off date for filing of motions not directed to pleadings (including motions for summary judgment): **January 8, 2018**

The remainder of the schedule is unaffected.

    **IT IS SO ORDERED.**

August 23, 2017
                                        *s/Sharon L. Ovington*
                                        Sharon L. Ovington
                                        United States Magistrate Judge